# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00714-BNB

GENE ALLEN,

    Petitioner,

v.

THE PEOPLE OF THE STATE OF COLORADO,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 06 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Petitioner's Reconsideration for Appointment of Counsel (Doc. No. 11), filed with the Court on May 5, 2008, is DENIED as premature. Petitioner's Motion for Docketing Statement (Doc. No. 12), filed on May 5, 2008, is construed as a request for a copy of the Docket in the instant action. The Clerk of the Court is directed to send a copy of the Docket to Plaintiff.

Dated: May 6, 2008

Copies of this Minute Order mailed on May 6, 2008, to the following:

Gene Allen
Reg. No. 76542
Lovelock Correctional Facility
PO Box 359
Lovelock, NV 89419

                                                          _____
                                                          Secretary/Deputy Clerk