IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00714-BNB

GENE ALLEN,

      Applicant,

v.

THE STATE OF COLORADO, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Boland, Magistrate Judge

      Applicant filed an Application For Certificate Of Appealability on June 2, 2008. Applicant is appealing to the United States Court of Appeals for the Tenth Circuit from the Court's Order Denying Reconsideration of Appointment of Counsel filed on May 6, 2008. No final order has been entered in this action.

      Pursuant to 28 U.S.C. § 2253(c)(1)(A), a certificate of appealability is necessary to appeal from the final order in a habeas corpus proceeding pursuant to 28 U.S.C. § 2254. The Court will not issue a certificate of appealability in this action because no final order has been entered. Accordingly, it is

ORDERED that a certificate of appealability will not be issued.

DATED June 4, 2008, at Denver, Colorado.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge